# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 19-41236 |
| | ) | |
| TERRY L. MILLER | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| | ) | JUDGE RUSS KENDIG |
| DEBTOR | ) | |
| | ) | **OBJECTION TO PROOF OF CLAIM** |
| | ) | **NUMBER 7 FILED BY ONEMAIN** |
| | ) | **FINANCIAL GROUP, LLC** |

Now comes the Debtor, Terry L. Miller, by and through counsel, and hereby objects to the Proof of Claim #7 filed by OneMain Financial Group, LLC on August 9, 2019. Said claim was filed as unsecured with interest at 6.0%. Said debt is in fact unsecured and should be allowed as a general unsecured without interest.

Wherefore, Debtor prays that said claim be allowed as a general unsecured claim without interest.

Respectfully Submitted,

/s/ Dionis E. Blauser
Dionis E. Blauser (PA 919120
Attorney for Debtor
JP Amourgis & Associates
3200 West Market St., Suite 106
Akron, Ohio 44333
Phone: (330) 436-5210
Fax: (330) 436-5230
Email: dionisb@amourgis.com

# CERTIFICATE OF SERVICE

I certify that on September 23, 2019, a true and correct copy of the foregoing Objection to Proof of Claim was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Michael A. Gallo, on behalf of Chapter 13 Trustee's office, at mgallo@gallotrustee.com, mgallo@ecf.epiqsystems.com;

Cleveland Office of the United States Trustee, on behalf of Daniel M. McDermott, United States Trustee, at the registered address of the US Trustee @ USDOJ.gov established with the bankruptcy court.

And by regular U.S. mail, postage prepaid, on:

Terry L. Miller
5178 Whinnery Road
Hanoverton, OH 44423

OneMain Financial Group, LLC
P.O. Box 3251
Evansville, IN 47731-3251

                                            /s/ Dionis E. Blauser
                                            Dionis E. Blauser
                                            Attorney for Debtor